Appeal No. 6707 from Judgment dated March 1, 1983, Harvey S. Buck, Ruling Judge; Lowndes County Circuit Court.
Mose Lee Sudduth, Jr., Columbus, for appellant.
Mike C. Moore, Atty. Gen., Jack B. Lacy, Jr., Sp. Asst. Atty. Gen., Jackson, for ap-pellee.
Before HAWKINS, P.J., and PRATHER and ROBERTSON, JJ.
Affirmed.
ROY NOBLE LEE, C.J., and DAN M. LEE, P.J., and SULLIVAN, ANDERSON, PITTMAN and BLASS, JJ., concur.